IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THEODORE GABALES,

        Plaintiff,                  CIV. NO. S-09-0373 MCE GGH PS

   vs.

STATE OF CALIFORNIA, et al.,

                                    ORDER TO SHOW CAUSE

        Defendants.

_____/

        By order of June 24, 2009, plaintiff was required to submit a declaration by the process server(s) regarding any attempts to serve defendants "State of California EDD," Bunnell and Sanford, and inability to serve process. Plaintiff was directed to include in his declaration a request for substituted service with the manner of service specified. Plaintiff has not complied with that order.

        For the reasons stated herein, IT IS ORDERED that:

        1. Within 21 days, plaintiff show cause in writing for his failure to comply with this court's June 24, 2009 order.

        2. Within 21 days of this order, plaintiff shall file a declaration by his process server which outlines attempts to serve the remaining defendants without success, and requests

1

1 substituted service with the manner of service specified.  Failure to comply with this order will
2 result in a recommendation that the action be dismissed.
3 DATED: August 17, 2009

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
U. S. MAGISTRATE JUDGE

6 GGH:076/Gabales0373.osc